# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

137176

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC: 137176
    COA: 282852
    Chippewa CC: 00-007049-FH

JAMI NATURALITE,
      Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the July 7, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008 _____

                               Clerk